## *United States District Court for the Northern District of Illinois*

Case Number: _____     Assigned/Issued By: _____

Judge Name: CASTILLO     Designated Magistrate Judge: COLE

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

_____Original and _____ copies on _____ as to _____
(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05