**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY A. BORMAN,  )<br>on behalf of plaintiff and a class,  )<br>  )<br>　　　　　Plaintiff,  )<br>  )<br>　　vs.  )<br>  )<br>MIDLAND FUNDING LLC;  )<br>MIDLAND CREDIT MANAGEMENT, INC.; and  )<br>ENCORE CAPITAL GROUP, INC.  )<br>  )<br>　　　　　Defendants.  ) | Case No. 08 CV 2816<br>Judge Ruben Castillo<br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

**TO:**　(See attached service list.)

　　**PLEASE TAKE NOTICE** that on Wednesday, May 28, 2008 at 9:45 a.m., we will appear before the Honorable Judge Ruben Castillo in Room 2141 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**.

　　　　　　　　　　　　　　　　　　　　　　　s/ Daniel A. Edelman
　　　　　　　　　　　　　　　　　　　　　　　Daniel A. Edelman


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on May 20, 2008, the foregoing document was filed electronically using the Court's CM/ECF system, and a copy of the same was sent for service on the following via process server:

MIDLAND FUNDING LLC
c/o Illinois Corporation Service Co., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 67203

MIDLAND CREDIT MANAGEMENT, INC.
c/o Illinois Corporation Service Co., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

ENCORE CAPITAL GROUP, INC.
8875 Aero Drive
Suite 200
San Diego, CA 92123

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)