**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kimberly A Borman
                                         Plaintiff,

v.                                                         Case No.: 1:08−cv−02816
                                                                Honorable Ruben Castillo

Midland Funding LLC, et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 5/28/2008. Defendants' response to plaintiff's motion for class certification [9] is due on or before 7/28/2008. Plaintiff's reply will be due on or before 8/8/2008. Parties to file a joint status report on or before 7/11/2008. The Court will hold a status hearing on 7/15/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.