**IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY A. BORMAN, )<br>on behalf plaintiff and a class, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIDLAND FUNDING LLC, MIDLAND )<br>CREDIT MANAGEMENT, INC., )<br>and ENCORE CAPITAL GROUP, INC., )<br>)<br>Defendants. )<br>) | No. 08 C 2816<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Cole |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND FOR
ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendants, Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. ("Defendants"), by and through their attorneys, Dykema Gossett PLLC, move pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time to respond to Plaintiff's Class Action Complaint and for an enlargement of time to respond to Plaintiff's Motion for Class Certification. In support of their agreed motion, Defendants state the following:

1. Plaintiff filed her Class Action Complaint ("Complaint") on May 15, 2008.

2. Defendants' response to the Complaint is currently due on June 12, 2008.

3. Plaintiff filed her Motion for Class Certification ("Motion") on May 20, 2008.

4. On May 28, 2008, this Court set a briefing schedule on the Motion as follows: Defendants' response is due on or before July 28, 2008, and Plaintiff's reply is due on or before August 8, 2008.

5. Counsel for Defendants was only recently retained and requires additional time to properly investigate the allegations and formulate an appropriate response.

6. On June 10, 2008, Defendants' counsel contacted counsel for Plaintiff who kindly agreed to allow Defendants a thirty (30) day enlargement of time to respond to the Complaint, up to and including July 14, 2008, and a thirty (30) day enlargement of time to respond to the Motion, up to and including August 27, 2008.

7. This request for an extension is not meant for the purposes of undue delay, and no party will be prejudiced by this extension.

WHEREFORE, Defendants request that this Court grant them an enlargement of time up to and including July 14, 2008, in which to respond to Plaintiff's Complaint, grant them an enlargement of time up to and including August 27, 2008, in which to respond to Plaintiff's Motion for Class Certification, and grant such further and additional relief as this Court deems just and appropriate.

Dated: June 11, 2008

**MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC.**

By: s/ James W. McConkey
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:   312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 11, 2008,** I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification to the following:

Daniel A. Edelman (courtecl@edcombs.com)
Cathleen M. Combs (ccombs@edcombs.com)
James O. Latturner (jlatturner@edcombs.com)
Cassandra P. Miller (cmiller@edcombs.com)

s/ Irina V. Frye

CHICAGO\2457691.1
ID\IVF