**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY A. BORMAN, on behalf plaintiff and a class, ) ) ) Plaintiff, ) ) v. ) ) MIDLAND FUNDING LLC, MIDLAND ) CREDIT MANAGEMENT, INC., ) and ENCORE CAPITAL GROUP, INC., ) ) Defendants. ) ) | No. 08 C 2816<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Cole |

**NOTICE OF MOTION**

**TO:**   Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois  60603

   **PLEASE TAKE NOTICE** that on **Tuesday, June 17, 2008**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ruben Castillo** or any judge sitting in his stead in **Room 2141**, of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the Defendants' **Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Class Action Complaint and for Enlargement of Time to Respond to Plaintiff's Motion for Class Certification**, a copy of which is attached hereto.

Dated:  June 11, 2008

**MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC.**

By: s/ James W. McConkey
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:   312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on **June 11, 2008,** I electronically filed the foregoing **Notice of Defendants' Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Class Action Complaint and for Enlargement of Time to Respond to Plaintiff's Motion for Class Certification** with the Clerk of the Court using the ECF system, which sent notification to the following:

>Daniel A. Edelman (courtecl@edcombs.com)
>Cathleen M. Combs (ccombs@edcombs.com)
>James O. Latturner (jlatturner@edcombs.com)
>Cassandra P. Miller (cmiller@edcombs.com)

>s/ Irina V. Frye

CHICAGO\2457866.1
ID\IVF