# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY A. BORMAN, on behalf plaintiff and a class, <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC., <br><br> Defendants. | No. 08 C 2816 <br><br> Judge Ruben Castillo <br><br> Magistrate Judge Cole |

## FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendants state as follows:

1. Midland Funding LLC is a wholly-owned subsidiary of Encore Capital Group, Inc., which is a publicly held corporation.

2. Midland Credit Management, Inc. is a wholly-owned subsidiary of Encore Capital Group, Inc., which is a publicly held corporation.

3. Encore Capital Group, Inc. has no parent corporations.

Dated: June 11, 2008

**MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC.**

By: s/ James W. McConkey
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 11, 2008,** I electronically filed the foregoing **Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent notification to the following:

> Daniel A. Edelman (courtecl@edcombs.com)
> Cathleen M. Combs (ccombs@edcombs.com)
> James O. Latturner (jlatturner@edcombs.com)
> Cassandra P. Miller (cmiller@edcombs.com)

> s/ Irina V. Frye

CHICAGO\2457862.1
ID\IVF