UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kimberly A Borman
                            Plaintiff,

v.                                          Case No.: 1:08−cv−02816
                                                      Honorable Ruben Castillo

Midland Funding LLC, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendants' unopposed motion for enlargement of time to respond to plaintiff's class action complaint and for enlargement of time to respond to plaintiff's motion for class certification [17] is granted. Defendants to answer or otherwise plead to the complaint on or before 7/14/2008. Defendants' response to Plaintiff's motion for class certification [9] is due on or before 8/27/2008. Plaintiff's reply will be due on or before 9/10/2008. Parties to file the joint status report on or before 9/12/2008. Status hearing reset to 9/18/2008 at 9:45 AM. Motion hearing set for 6/17/2008, status report filing date of 7/11/2008 and status hearing set for 7/15/2008 are all vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.