IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY A. BORMAN, | Case No. 08 CV 2816 |
| Plaintiff, | Judge Ruben Castillo |
| v. | Magistrate Judge Jeffrey Cole |
| MIDLAND FUNDING LLC; MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC. | |
| Defendants. | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendants, Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. (collectively referred to as "Midland"), by and through their attorneys, Dykema Gossett PLLC, move for an enlargement of time, up to and including July 30, 3008, to respond to Plaintiff's Motion for Class Certification (the "Motion"). In support of its motion, Midland states as follows:

1. Plaintiff filed her Complaint ("Complaint") on May 15, 2008.

2. Midland filed its Answer and Affirmative Defenses to the Complaint on July 14, 2008.

3. Plaintiff filed her Motion on May 20, 2008. Midland's opposition to the Motion is currently due on August 27, 2008, and Plaintiff's reply is due on September 12, 2008.

4. The parties are currently in the process of exchanging written discovery. While the parties are working together diligently and efficiently to ensure that written discovery is delivered promptly to each other, the parties are unable to provide such discovery quickly enough to allow Midland to respond to Plaintiff's Motion by August 27.

5. On August 11, 2008, Plaintiff's counsel consented to allow Midland an extension of time of thirty (30) days, up to and including September 26, 2008, in which to respond to the Motion.

6. The parties have further agreed that Plaintiff's reply to the Motion shall be filed on or before October 13, 2008.

7. This request is not meant for the purposes of delay and will not prejudice Plaintiff.

WHEREFORE, Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. respectfully request that an order be entered by this Court enlarging the time for them to file response to Plaintiff's Motion for Class Certification up to and including September 26, 2008, enlarging the time for Plaintiff to file reply to Plaintiff's Motion for Class Certification up to and including October 13, 2008, and grant such other and further relief as this Court deems just and proper.

Dated:  August 11, 2008                    Respectfully submitted,

**MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC.**

By: s/ James W. McConkey_____
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2008, I electronically filed the foregoing **Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Motion for Class Certification** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

> Daniel A. Edelman (courtecl@edcombs.com)
> Cathleen M. Combs (ccombs@edcombs.com)
> James O. Latturner (jlatturner@edcombs.com)
> Cassandra P. Miller (cmiller@edcombs.com)

> s/ Irina V. Frye

CHICAGO\2492213.1
ID\ADL