**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY A. BORMAN, on behalf plaintiff and a class,                 )<br>                                                                                              )<br>                          Plaintiff,                                            )<br>                                                                                              )       No. 08 C 2816<br>               v.                                                                         )<br>                                                                                              )       Judge Ruben Castillo<br>MIDLAND FUNDING LLC, MIDLAND           )<br>CREDIT MANAGEMENT, INC.,                       )       Magistrate Judge Cole<br>and ENCORE CAPITAL GROUP, INC.,              )<br>                                                                                              )<br>                          Defendants.                                      )<br>                                                                                              ) | |

**NOTICE OF MOTION**

**TO:**   Daniel A. Edelman
           Cathleen M. Combs
           James O. Latturner
           Cassandra P. Miller
           EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
           120 South LaSalle Street, 18th Floor
           Chicago, Illinois  60603

   **PLEASE TAKE NOTICE** that on **Tuesday, August 19, 2008**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ruben Castillo** or any judge sitting in his stead in **Room 2141**, of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the Defendants' **Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Motion for Class Certification**, a copy of which is attached hereto.

Dated:  August 11, 2008                             **MIDLAND FUNDING LLC, MIDLAND
                                                                       CREDIT MANAGEMENT, INC., and
                                                                       ENCORE CAPITAL GROUP, INC.**

                                                                 By:  s/ James W. McConkey
                                                                        James W. McConkey (jmcconkey@dykema.com)
                                                                        Theodore W. Seitz (tseitz@dykema.com)
                                                                        DYKEMA GOSSETT PLLC
                                                                        10 S. Wacker Drive, Suite 2300
                                                                        Chicago, Illinois 60606
                                                                        Phone: 312-876-1700
                                                                        Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on **August 11, 2008,** I electronically filed the foregoing **Notice of Defendants' Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Motion for Class Certification** with the Clerk of the Court using the ECF system, which sent notification to the following:

>Daniel A. Edelman (courtecl@edcombs.com)
>Cathleen M. Combs (ccombs@edcombs.com)
>James O. Latturner (jlatturner@edcombs.com)
>Cassandra P. Miller (cmiller@edcombs.com)

>s/ Irina V. Frye

CHICAGO\2492427.1
ID\IVF